IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREG'S GREATER CHICAGO CHIROPRACTIC, LLC, on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 15 C 2148 |
| v. | ) ) | Judge Shah |
| | ) | Magistrate Judge Gilbert |
| WELLNESS INTERNATIONAL NETWORK, LTD., and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Greg's Greater Chicago Chiropractic, LLC voluntarily dismisses its individual claims without prejudice and without costs against defendant Wellness International Network, Ltd. Plaintiff Greg's Greater Chicago Chiropractic, LLC voluntarily dismisses its class claims against defendant Wellness International Network, Ltd. without prejudice and without costs. Plaintiff Greg's Greater Chicago Chiropractic, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on April 22, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Michael D. Ray (michael.ray@ogletreedeakins.com)
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C
    155 N. Wacker Drive, Suite 4300
    Chicago, IL 60606

                              s/ Heather Kolbus
                              Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)