**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Greg's Greater Chicago Chiropractic, LLC
                                      Plaintiff,

v.                                                      Case No.: 1:15−cv−02148
                                                      Honorable Manish S. Shah

Wellness International Network, Ltd., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 23, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the plaintiff's notice of dismissal [19] the case is hereby dismissed without prejudice and without costs. The status hearing set for 5/27/15 at 9:30 a.m. is hereby stricken. Plaintiff's motion for class certification [4] is terminated as moot. Civil case terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.